**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1275**

———————

KRISTIN E. SCHELIN; MARK A. WATSON,

> Plaintiffs - Appellees,

v.

KARL LINARD MALLOY,

> Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, Chief District Judge.  (3:25-cv-00104-MHL)

———————

Submitted:  December 23, 2025                    Decided:  December 30, 2025

———————

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Karl Linard Malloy, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karl Linard Malloy appeals the district court's order dismissing for lack of jurisdiction his appeal from the bankruptcy court's order modifying subpoenas duces tecum and issuing a protective order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order dismissing Malloy's appeal as interlocutory. *Schelin v. Malloy*, No. 3:25-cv-00104-MHL (E.D. Va. Feb. 13, 2025); *see In re Bestwall, LLC*, 99 F.4th 679, 686 (4th Cir. 2024) ("As a general rule, discovery orders aren't final and appealable; they are part of resolving a larger dispute."). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*